EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | |
|---|---|
| | 2026 TSPR 25 |
| Federico A. Rentas Rodríguez | 217 DPR ___ |

Número del Caso: TS-6,198

Fecha: 10 de marzo de 2026

Representante legal del peticionario:

Por derecho propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex parte:*

Federico A. Rentas Rodríguez

TS-6,198

RESOLUCIÓN

En San Juan, Puerto Rico, a 10 de marzo de 2026.

Examinada la *Solicitud de cambio a estatus de abogado activo* presentada el 4 de marzo de 2026 por el Sr. Federico A. Rentas Rodríguez, se provee ha lugar a su petición de readmisión al ejercicio de la abogacía.

Se ordena a la Secretaría registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). Además, se le ordena al licenciado Rentas Rodríguez actualizar su información de contacto en el RUA.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo